

**Mars Khaimov Law, PLLC**

108-26 64th Avenue, Second Floor

Forest Hills, NY 11375

Tel.: 929.324.0717

E-mail: mars@khaimovlaw.com

October 27, 2022

**BY ECF**
Honorable Mary Kay Vyskocil
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/27/2022
```

<u>**Re:     Maddy v. Zen Body Mechanics LLC; Case No 1:22-cv-5980-JLR**</u>

To the Honorable Judge Vyskocil:

Plaintiff submits this letter-motion to seek an adjournment of the Initial Pretrial Conference currently scheduled for November 1, 2022. Plaintiff's counsel will be traveling that day and is not able to attend the conference. Plaintiff requests a new conference date of December 1, 2022. This is the first time this relief is being requested, and both parties consent.

Plaintiff thanks the Court for its attention in this matter.

Respectfully submitted,

/s/ Mars Khaimov, Esq.

Cc: Gregory Blue, Esq.

**The request for an adjournment is GRANTED.  The Initial Pretrial Conference is adjourned to November 22, 2022 at 2:30 PM.  The parties are further reminded that, pursuant to the Notice of Initial Pretrial Conference at ECF No. 8, the parties must submit a Proposed Case Management Plan and Scheduling Order and joint letter one week prior to the conference date.  SO ORDERED.**

Date: 10/27/2022
New York, New York

_Mary Kay Vyskocil_
Mary Kay Vyskocil
United States District Judge