UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/22/2022
```

VERONICA MADDY, on behalf of herself and all other similarly situated

        Plaintiff,

-against-

ZEN BODY MECHANICS, LLC

        Defendant.

1:22-cv-5980 (MKV)

ORDER

MARY KAY VYSKOCIL, United States District Judge:

    The Initial Pretrial Conference scheduled for November 22, 2022 at 2:30 PM is ADJOURNED *sine die*.

**SO ORDERED.**

**Date: November 22, 2022**
**New York, NY**

        */s/ Mary Kay Vyskocil*
        **MARY KAY VYSKOCIL**
        **United States District Judge**